MARGUERITE MELO, SBN 167782
JOHN SARSFIELD, SBN 138971
LAW OFFICES OF MELO AND SARSFIELD LLP
4216 S. MOONEY BLVD PMB 136
VISALIA CA 93277
TEL: 559 732 3000
FAX: 559 732 3005
E-MAIL:  meloandsarsfield@icloud.com

Attorneys for Plaintiff Angela Crisanto

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Angela Crisanto,** | ) CASE NO. 1:15-cv-01527-LJO-BAM |
| Plaintiff, | ) **STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON.** |
| v. | ) |
| **County of Tulare, Cheryl, Duerksen, Timothy Durick, Melissa Cohen, and Does 1 -10, inclusive,** | ) |
| Defendants. | ) Hon. Lawrence J. O'Neill |
| _____ | ) |

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON**

IT IS HEREBY STIPULATED by and between Plaintiff ANGELA CRISANTO and Defendants CHERYL DUERKSEN, TIMOTHY DURICK, MELISSA COHEN and Defendant COUNTY OF TULARE, that the COMPLAINT filed herein shall be dismissed with prejudice. The respective

1
STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON.

parties shall each bear their own costs and attorneys' fees. Additionally, the parties and each of them further stipulate that:

1. Plaintiff shall resign her employment from Defendant County of Tulare.

2. Each party to this stipulation is releasing and discharging the other for all rights, claims, demands and damages, of any kind, both known and unknown, existing or arising in the future, resulting from or in any way related to the allegations in this matter as described in the complaint on file herein.

Dated: April ___, 2016                    _____
                                           Angela Crisanto
                                           Plaintiff

Dated: April ___, 2016                    LAW OFFICES OF MELO AND
                                           SARSFIELD, LLP


                                           By: _____
                                               John Sarsfield, Esq.
                                               Attorneys for Plaintiff




Dated: April ___, 2016                    _____
                                           Cheryl Duerksen
                                           Defendant

///

///

2
STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON.

Dated: April ___, 2016          _____
                                Timothy Durick
                                Defendant


Dated: April __, 2016           _____
                                Melissa Cohen
                                Defendant


Dated: April __, 2016           _____
                                On Behalf of Defendant
                                County of Tulare


Dated: April __, 2016           McCORMICK, BARSTOW, SHEPPARD,
                                WAYTE & CARRUTH, LLP


                          By: _____
                                Michael G. Woods, Esq.
                                Attorneys for Defendants

3

STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON.

# ORDER

Based on the Stipulation of the parties hereto and good cause appearing therefor, **IT IS ORDERED** that the Complaint of Plaintiff Angela Crisanto is dismissed with prejudice. The respective parties shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated:  **May 13, 2016**              /s/ Lawrence J. O'Neill
                                         UNITED STATES CHIEF DISTRICT JUDGE

STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON.